√#113   # 128771

UNITED STATES BANKRUPTCY COURT FOR FILED
THE NORTHERN DISTRICT OF OHIO
2010 AUG 19 PM 2: 35
CLERK, U.S.
BANKRUPTCY COURT
In re:   COUCH, DEANA                    Case No. 10-30038   TOLEDO, OHIO

Judge Mary Ann Whipple

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Main & Sons Plbg, Htg & A/C, Inc., 320 S Main St., Bowling Green, OH 43402 | | $2.98 |
| Glennon J. Karr., LLC, 1328 Oakview Dr., Columbus, OH 43235 | | $4.91 |
| American Infosource Lp As Agent for Asta-Vativ, PO Box 248838, Oklahoma City, OK 73124-8838 | | $1.58 |
| Verizon Wireless, PO Box 3397, Bloomington, IL 61702-3397 | | $4.74 |
| Meade & Associates, 737 Enterprise Dr., Westerville, OH 43081-8885 | | $2.95 |

Check for $17.16 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Ericka S. Parker, Trustee

Dated:   8/17/10

Cc:
Office of the U.S. Trustee